215 So.2d 131

**Dorothy H. DUPUIS et al.**

v.

**Robert C. BROADHURST, Executor of the Succession of Dr. Charles H. Wright.**

No. 49515.

Nov. 18, 1968.

In re: Dorothy H. Dupuis et al. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 213 So.2d 528.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.

McCALEB, J., is of the opinion that a writ should be granted.